**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

**UNITED STATES OF AMERICA**

Vs.                                                                                       Case No: 03:98-CR-198-01(PG)

**EDGARDO CALES-LOPEZ**
aka: Gardi
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ORDER**

Upon petition of **MALISSA Y. APONTE, U.S. PROBATION OFFICER of this Court**, alleging that releasee, Edgardo Cales-López has failed to comply with his conditions of supervised release, it is

**ORDERED** that releasee appear before this Court on _____ 2006 at _____, for a hearing to show cause, if there be any, why his supervised release on the above-entitled case should not be revoked; thereupon the releasee to be dealt with pursuant to law.

At this hearing, releasee will be entitled:

1. To the disclosure of evidence against him.
2. To present evidence in his own behalf.
3. To the opportunity to question witnesses against him.
4. To be represented by counsel.

The Clerk shall issue the corresponding summons for the releasee's appearance, and notify defense counsel and counsel for the government with copy of this Order.

**IT IS SO ORDERED**

In San Juan, Puerto Rico, this _____ day of _____, 2006.

_____
Juan M. Pérez-Giménez
U.S. DISTRICT JUDGE